COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-076-CV

IN RE RUSSELL JAY REGER RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition to mandamus the Judge of the 17
th
 District Court and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

BOB MCCOY

JUSTICE

PANEL A:  MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J.

DAUPHINOT, J. would request a response.

DELIVERED:  March 31, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.